IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM DUANE LEWTON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:09CV2** |
| vs. | ) | |
| | ) | **ORDER** |
| **DIANNA DIVINGNZZO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon review of the Amended Report of Parties' Planning Conference (Doc. 25),

**IT IS ORDERED** that the deadlines set in the original Initial Progression Order (Doc. 15) are extended as requested. The next status conference will be held on November 9, 2009 at 11:00 AM by telephone call initiated by counsel for the plaintiffs, as previously ordered.

**DATED October 15, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**