IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM DUANE LEWTON, et al.,  )<br>  )<br>        Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>DIANNA DIVINGNZZO, et al.,  )<br>  )<br>        Defendants.  ) | 8:09CV2<br><br>ORDER |

The parties request an extension of certain progression order deadlines. Although the parties do not state why any extension is necessary[1], the court's schedule can accommodate this request.

**IT IS ORDERED** that the parties' Joint Motion (Filing 75) is granted, as follows:

1. Paragraph 3 of the Final Progression Order (Filing 49) is amended to provide:

    Each Plaintiff, Counter-Claimant, and Cross-Claimant shall, as soon as practicable but not later than **May 21, 2010**, serve all opposing parties with the statements required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703 or 705 of the Federal Rules of Evidence.

    Each Defendant, Counter-Defendant, and Cross-Defendant shall serve its statement of the expert witnesses it expects to call to testify pursuant to Rule 702, 703, or 705 of the Federal Rules of Evidence, pursuant to Fed. R. Civ. P. 26(a)(2) as soon thereafter as practicable, but not later than **June 21, 2010.**

    Plaintiff, Counter-Claimant, or Cross-Claimant may, if necessary to refute the disclosed opinions of an expert witness of an opponent, disclose additional expert witnesses no later than **June 28, 2010.**

---

[1] In general, extensions of time may be obtained only for good cause shown. *See, e.g.*, NECivR 6.1(a)(2) and Fed. R. Civ. P. 6(b)(1).

    2. Paragraph 5 of the Final Progression Order (Filing 49) is amended to provide that motions in limine challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702 shall be filed no later than **September 6, 2010**, and shall be accompanied by a request for a hearing, if necessary.

    3. All other progression order deadlines remain in effect.

**DATED April 22, 2010.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**