## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM DUANE LEWTON, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09cv02** |
| **vs.** | ) | |
| | ) | **ORDER AMENDING PRETRIAL** |
| **DIANNA DIVINGNZZO, et al.,** | ) | **AND TRIAL DATES** |
| | ) | |
| **Defendant.** | ) | |

On the court's own motion and after consultation with counsel, the pretrial conference and trial dates in the Amended Order Setting Final Schedule (#94) shall be amended.  Therefore,

**IT IS ORDERED:**

1.  The December 16, 2010 pretrial conference is rescheduled to **Friday, March 25, 2011, at 9:30 A.M.,** in chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

2. The February 2011 jury trial is rescheduled to begin **at 9:00 A.M. on Wednesday, April 13, 2011** before the Honorable F. A. Gossett, United States Magistrate Judge, Courtroom 6, 2nd Floor of the Roman L. Hruska United States Courthouse, Omaha, Nebraska.  Unless otherwise ordered, jury selection shall be at the commencement of trial.

3.  All other deadlines set out in the court's Amended Order (#94) remain in effect.

Dated this 8th day of September 2011.

BY THE COURT:


S/ F.A. Gossett
United States Magistrate Judge