IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM DUANE LEWTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 8:09CV2 |
| vs. ) | |
| ) | ORDER |
| DIANNA DIVINGNZZO, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS ORDERED** that the parties' Joint Motion to amend the final progression order (Doc. 100) is granted, and the Final Progression Order (Doc. 49, as amended by Docs. 76 & 98), is further amended as follows:

1.  Motions in limine challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702 shall be filed by **November 15, 2010**, and shall be accompanied by a request for a hearing, if necessary. Any other motions in limine shall be filed no later than **March 28, 2011.**

2.  Motions for Summary Judgment shall be filed no later than **November 30, 2010.**

3.  Disclosures of nonexpert witnesses, in compliance with Fed. R. Civ. P. 26(a)(3) shall be made on or before **January 14, 2011.**

4.  Trial exhibits, in compliance with Fed. R. Civ. P. 26(a)(3) shall be served upon opposing counsel and filed with the court on or before **April 1, 2011.** Plaintiffs and defendants shall provide a list of all exhibits they expect to offer by providing a numbered[1]

---

[1] Exhibits must be listed on approved forms available from the clerk and on the court's Web site, http://www.ned.uscourts.gov/forms > "Exhibit List," or on forms prepared in substantially the same format. **The exhibits must be numbered in accordance with the procedure set in NECivR 39.3.**

listing and permitting examination of such exhibits, designating on the list those exhibits the parties may offer only if the need arises.

     5.   All other existing deadlines remain in effect.

**DATED October 7, 2010.**

                            **BY THE COURT:**

                            **s/ F.A. Gossett, III**
                            **United States Magistrate Judge**