IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM DUANE LEWTON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | 8:09CV2 |
| vs. | ) | |
| | ) | ORDER |
| **DIANNA DIVINGNZZO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Although the court has ruled on the parties' dispositive motions, final judgment has not yet been entered. For this reason,

**IT IS ORDERED** that plaintiffs' Bill of Costs (Doc. 173) is hereby stricken, without prejudice to refiling in accordance with NECivR 54.1 after a final judgment has been entered.

**DATED March 16, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge