IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM DUANE LEWTON, personally, and as father and next friend of Ellenna M. Lewton, a minor child, ADRIANNE STANG, JENNIFER HOLTBERG, ROB FORMANEK, RITA WATSON, and TAMMY JONES, <br><br>        Plaintiffs, <br><br>V. <br><br>DIANNA DIVINGNZZO, SAM M. DIVINGNZZO, WILLIAM BIANCO, CHRISTOPHER PERRONE, and BIANCO, PERRONE & STROH, LLC, <br><br>        Defendants. | 8:09CV02 <br><br> ORDER AND <br> FINAL JUDGMENT |

In accordance with the memorandum and order issued by this court on February 18, 2011 (filing 166),

**IT IS ORDERED:**

1. Judgment is hereby entered in favor of Plaintiffs William Duane Lewton, Adrianne Stang, Jennifer Holtberg, Rob Formanek, Rita Watson and Tammy Jones (collectively referred to herein as "Plaintiffs") against Defendants Dianna Divingnzzo, Sam M. Divingnzzo and William Bianco.

2. Judgment is hereby entered in favor of Defendants Christopher Perrone and Bianco, Perrone & Stroh, LLC against Plaintiffs, providing that Plaintiffs take nothing and their complaint as to these defendants is dismissed with prejudice.

3. Pursuant to 18 U.S.C. § 2520(c)(2)(B), Plaintiffs are each awarded statutory damages of $10,000.00 as against Defendant Dianna Divingnzzo. Pursuant to 18 U.S.C. § 2520(c)(2)(B), Plaintiffs are each awarded statutory damages of $10,000.00 as against Sam M. Divingnzzo. William Bianco is not assessed any statutory damages and punitive damages are not awarded in this matter.

4. Judgment is hereby entered in favor of Plaintiffs against Defendants Dianna Divingnzzo and Sam Divingnzzo, jointly and severally, for attorney's fees in the amount of $68,710.50 and costs in the amount of $6,217.12.

**DATED May 26, 2011.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**